ESSEX AND HUDSON LAND IMPROVEMENT COMPANY, A CORPORATION, RELATOR, v. STATE HIGHWAY COMMISSION, RESPONDENT.

Decided October 16, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER and BODINE.

For the relator, *McCarter & English*.

For the respondent, *Edward L. Katzenbach* and *Mark A. Sullivan*.

PER CURIAM.

The facts in this case are so closely similar to those in Cooper *v.* State Highway Commission, decided July 7th, 1929, that the writ must be denied for the reasons there stated.